# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### MARTINSBURG

**ERIE INSURANCE PROPERTY AND
CASUALTY COMPANY,**

            Plaintiff,

**v.**                                          **CIVIL ACTION NO. 3:06-CV-98
                                                (BAILEY)**

**SHEPHERDSTOWN MEN'S CLUB
FOUNDATION, INC.,**

            Defendant.

## ORDER

On August 6, 2007, the parties in the above-styled matter appeared before the Court

for a telephonic status conference.  Plaintiff was present by counsel Suzanne M. Williams-

McAuliffe.  Braun A. Hamstead appeared on behalf of the defendant.  During the

conference, the parties requested a stay of all proceedings pending the resolution of a

related case, ***Henry v. Jefferson County Commission, et al.*** [Civil Action No. 3:06-cv-33].

Having considered their request, this Court hereby **GRANTS** the stay of proceedings in this

case until the related case has been resolved.  Accordingly, this Court will set a scheduling

conference in this matter at a future date.

It is so **ORDERED**.

The Clerk is hereby directed to transmit copies of this Order to all counsel of record

herein.

**DATED:** August 6, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE